AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas


FILED
DEC 0 1 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| LOERA-Diaz, Jose Ines | ) Case No. EP-25-M-U606-RFC |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 28, 2025** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received consent to reapply for admission from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Oath Telephonically Sworn
At  1 : 01  PM
Fed.R.Crim.P.4.1(b)(2)(A)

_____
Complainant's signature

Carlos Valenzuela
CBPO-Enforcement

Sworn to before me and signed in my presence.

Date: December 01, 2025

_____
Judge's signature

City and state: El Paso, Texas

Robert F. Castaneda
U.S. Magistrate Judge

**FACTS**

On or about November 28, 2025, the DEFENDANT LOERA-Diaz, Jose Ines a native and citizen of Mexico, applied for admission into the United States via pedestrian primary at the Paso Del Norte Port of Entry in El Paso, Texas, located in the Western District of Texas.

The DEFENDANT presented an Authorization for parole of an Alien into the United States (I-512L) bearing his name, date of birth and represented himself to be that person to Customs and Border Protection Officer (CBPO). CBPO inspected the document and asked the DEFENDANT if he had his Lawful Permanent Resident Card (I-512). The DEFENDANT stated that he had not received one yet and that he was still in the adjustment of his status. CBPO asked the DEFENDANT where he was going to which the DEFENDANT stated he was trying to come into the United States to work and better his life. CBPO referred the DEFENDANT to Passport Control Secondary for document verification.

In PCS, the DEFENDANT admitted to CBPO that he was aware that his application for Lawful Permanent Resident was denied by the United States Citizenship and Immigration Services (USCIS). The DEFENDANT's fingerprints were digitally scanned and revealed he was previously removed from the United States on or about March 12, 2010 (Removed from Laredo, Texas to Mexico). The DEFENDANT was served with Form I-214, Warning to Rights in Spanish, which he read, understood, and requested legal representation. All questions were ceased at this time. Database records revealed the DEFENDANT is not in possession of any legal documents in which to enter, reside, or seek employment in the United States. Database records indicate the DEFENDANT has not applied for, nor received permission from the U.S. Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration Record
03/12/2010-Expedited Removal removed from Laredo, Texas to Mexico.

Criminal Record
None.